# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HINSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES D. HARTLEY,<br><br>　　　　Respondent.                              / | 1:09-cv-01293-SMS (HC)<br><br>ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:　August 20, 2009**　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1